IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; KARI DEE BURGOYNE; KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES,<br><br>    Defendants. | Case No. 2:23-cr-00010-HCN<br><br><br>ORDER TO UNSEAL CASE<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

Upon consideration of the United States' Motion to Unseal Case, NOW, THEREFORE:

IT IS ORDERED that the entire case arising from the Indictment filed in this case on January 11, 2023 shall no longer be maintained under seal.

DATED this 17th day of January, 2023.

*/s/ Jared C. Bennett*
Jared C. Bennett
United States Magistrate Judge