TRINA A. HIGGINS, United States Attorney (#7349)
SACHIKO JEPSON, Special Assistant United States Attorney (#17077)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; KARI DEE BURGOYNE; KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES, <br><br> Defendant. | Case No. 2:23-cr-00010 <br><br> NOTICE OF APPEARANCE <br><br> District Court Judge Howard C. Nielson, Jr. |

Notice is hereby given of the entry of appearance of Sachiko Jepson, Special Assistant United States Attorney, as co-counsel for the United States of America in the above-entitled action.

RESPECTFULLY SUBMITTED on this 17th day of January 2023.

TRINA A. HIGGINS
United States Attorney

*/s/ Sachiko Jepson*
SACHIKO JEPSON
Special Assistant United States Attorney