SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email:  kris_angelos@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA FLORES,<br><br>Defendant. | APPEARANCE OF COUNSEL<br><br>Case No. 2:23-cr-00010 HCN |

KRISTEN R. ANGELOS, Assistant Federal Public Defender, hereby enters her appearance as counsel for the defendant SANDRA FLORES.

DATED this 26th day of January, 2023.

                                                            */s/ Kristen R. Angelos*
                                                            KRISTEN R. ANGELOS
                                                            Assistant Federal Public Defender