TRINA A. HIGGINS, United States Attorney (#7349)
TODD C. BOUTON, Assistant United States Attorney (#17800)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
SACHIKO JEPSON, Special Assistant United States Attorney (#17077)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email: todd.bouton@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; KARI DEE BURGOYNE; KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES,<br><br>　　　　　　　Defendants. | Case No. 2:23-cr-00010-HCN<br><br>UNITED STATES' RESPONSE TO DEFENDANT MICHAEL KIRK MOORE JR.'S MOTION TO CONTINUE TRIAL<br><br><br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Jared C. Bennett |

　　　　Based on the representations in Defendant Michael Kirk Moore Jr.'s Motion to Continue Trial (Dkt 49), the United States of America concedes that Defendant Moore has shown cause to continue the trial based on the ends of justice under 18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv).

　　　　Therefore, the United States does not oppose the motion.

/ / /

/ / /

However, the United States believes that there is no cause to extend any trial continuance beyond November 2023.

DATED this 7th day of March, 2023.

TRINA A. HIGGINS<br>
United States Attorney<br>
<br>
<u>/s/Todd C. Bouton</u><br>
TODD C. BOUTON<br>
Assistant United States Attorney