EARL XAIZ, #3572
YENGICH & XAIZ
Attorneys for Defendant
8160 South Highland Drive, Suite A-4
Sandy, UT 84093
Telephone: (801) 355-0320
Fax: (801) 364-6026
earlxaiz@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARI DEE BURGOYNE,<br><br>Defendant. | **MOTION FOR JOINDER**<br><br>Case No.  2:23CR10<br><br>Honorable Howard C. Nielson, Jr. |

The Defendant, Kari Dee Burgoyne, by and through her counsel of record, Earl Xaiz, hereby moves to join in co-defendant Michael Kirk Moore, Jr.'s Motion to Continue Jury Trial (Document #49), in the above-entitled matter.

RESPECTFULLY SUBMITTED this 9th day of March, 2023.

                                                        By   */s/ Earl Xaiz*
                                                          EARL XAIZ
                                                          Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I filed a true and correct copy of the foregoing Motion for Joinder, on the case styled *United States of America v. Kari Dee Burgoyne* this 9th day of March, 2023, with the Clerk of the Court using CM/ECF, which sent notification of the filing to all parties registered to receive such notice in the case.

/s/   Myrleen Wright