EARL XAIZ, #3572
YENGICH & XAIZ
Attorneys for Defendant
8160 South Highland Drive, Suite A-4
Sandy, UT 84093
Telephone: (801) 355-0320
Fax: (801) 364-6026
earlxaiz@gmail.com

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARI DEE BURGOYNE,<br><br>Defendant. | **ORDER ALLOWING JOINDER**<br><br>Case No.  2:23-CR-10<br><br>Honorable Howard C. Nielson, Jr. |

Based on the motion of the Defendant, Kari Dee Burgoyne, and for good cause;

IT IS HEREBY ORDERED that Kari Dee Burgoyne's Motion for Joinder in the Motion to Continue (Document # 49) is GRANTED.

DATED this _____ day of March, 2023.

BY THE COURT:

_____
HONORABLE HOWARD C. NIELSON, JR.
United States District Court Judge