**United States Probation Office**
**For the District of Utah**

**Report on Defendant Under Pretrial Supervision**

Name of Offender:   Sandra Flores                    Docket No.: 2:23CR00010-005

Name of Judicial Officer:   Honorable Jared C. Bennett
                            U.S. Magistrate Judge

Date of Release: January 26, 2023

On January 26, 2023, the defendant was released after appearing on a charge of one count of Conspiracy to Defraud the United States, one count of Conspiracy to Convert, Sell, Convey, and Dispose of Government Property, and one count of Conversion, Sale, Conveyance, and Disposal of Government Property Aiding and Abetting, under conditions of pretrial release.

Throughout the course of supervision, the defendant has been compliant her conditions of release until recently. On November 27, 2023, USPO Morgan Wahlen and USPO Jessica Marinaro conducted an unannounced home visit to the defendant's residence. After receiving no answer at the defendant's residence, USPO Wahlen called the defendant's cellphone. The defendant answered and stated she changed addresses three weeks ago to an apartment in the same complex but different building. The defendant did not notify Pretrial Services of her change of residence. USPO Wahlen gave the defendant a verbal reprimand and instructed the defendant to report any changes in address, employment, and phone number to her supervising officer immediately.

USPO Wahlen and USPO Marinaro conducted a home assessment on the defendant's new residence. USPO Marinaro observed three disposable marijuana vape pens on the nightstand along with other items appearing to belong to the defendant (lip gloss and jewelry box). Each vape pen was labeled as 2 grams each. One was labeled as indica, one was sativa, and one was hybrid.

The defendant does not have any drug testing conditions. Based on this information, Pretrial Services is respectfully requesting the defendant's conditions be amended to include drug testing. The additional condition is as follows:

(i)     submit to drug/alcohol testing as directed by the pretrial officer; defendant shall pay all or part of the cost of the drug testing:

    ☒ (2) if testing reveals illegal drug use, the court will be notified immediately, with further action to be determined.

The Assistant United States Attorney and Defense Counsel were contacted regarding this request and they both indicated they have no objections to adding the drug testing condition.

If the Court desires more information or another course of action, please contact me at 385-602-2085.

PS8                                                                             Sandra Flores, / 2:23CR00010-005
(D/UT 01/16)

Respectfully submitted,

By     Morgan Wahlen
        U.S. Pretrial Services Officer
        Date: November 30, 2023

THE COURT:

☑ Approves the request noted above
☐ Denies the request noted above
☐ Other: _____

Honorable Jared C. Bennett
U.S. Magistrate Judge
Date: December 1, 2023