FELICE JOHN VITI, Acting United States Attorney (#7007)
TODD C. BOUTON, Assistant United States Attorney (#17800)
SACHIKO JEPSON, Special Assistant United States Attorney (#17077)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682; Email: todd.bouton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; and KRISTIN JACKSON ANDERSEN, Defendants. | Case No. 2:23-cr-00010-HCN RESPONSE TO DEFENDANT MOORE'S OBJECTIONS TO GOVERNMENT'S PROPOSED EXHIBITS Judge Howard C. Nielson, Jr. |

The trial order makes clear that unless defendants show good cause for failing to raise objections to exhibits within the proper time frame, (with the exception of relevance objections) those objections are deemed "waived". ECF Docket No. 288 at E.2.

PSI and Kris Andersen have not objected to the government's exhibits. Dr. Moore indicates that he "reserves his right to challenge the authenticity of any of the government exhibits WITH THE EXCEPTION of Exhibits 42, 43 and 49." ECF Docket No. 312. Dr. Moore has not explained why he objects to the authenticity of any exhibit.

By contrast, in the government's objection to Dr. Moore's proposed exhibits, it explained that none of the items were previously provided in discovery and only one was Bates stamped, and was Bate stamped by the government. Additionally, the objection explained that Dr. Moore failed

to identify any witnesses who could authenticate the records in question.

Accordingly, the Court should hold that all the defendants have waived hearsay objections to the government's proposed exhibits.

Additionally, although Dr. Moore has made a blanket authenticity objection, the Court should hold that all the defendants have waived their objections to the authenticity of the government's exhibits. This is because no basis or explanation was provided by Dr. Moore to support or preserve the authenticity objection.

                                                RESPECTFULLY SUBMITTED,

                                                FELICE JOHN VITI
                                                Acting United States Attorney

                                                */s/ Jacob J. Strain*
                                                JACOB J. STRAIN
                                                Assistant United States Attorney