# UNITED STATES DISTRICT COURT

**DISTRICT OF** Utah

| UNITED STATES OF AMERICA | WITNESS LIST for PSIU and Michael Kirk Moore |
|---|---|
| V. | |
| MICHAEL KIRK MOORE | Case Number: 2:23-CR-10 |

| PRESIDING JUDGE<br>Howard C. Nielsen | PLAINTIFF'S ATTORNEY<br>Todd Bouton, Jacob Strain, Sachiko Je | DEFENDANT'S ATTORNEY<br>David Drake, Kathy Nester, Brian Barr |
|---|---|---|
| TRIAL DATE (S)<br>7/7/25-7/18/25 | COURT REPORTER | COURTROOM DEPUTY<br>Michelle Peart |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jennifer Pratt - USIIS |
| | | | | | Elizabeth Virivong - Immunization Bureau Manager |
| | | | | | Aliz Deppe - USIIS Senior Business Manager |
| | | | | | Cheryl Belnap - PSIU |
| | | | | | Sydney Moore - PSIU |
| | | | | | Sara Maestes - PSIU |
| | | | | | Erica Bauer - PSIU |
| | | | | | Melanie Jeppson - PSIU |
| | | | | | Mallory McBride - PSIU |
| | | | | | Kaylei Birwell - PSIU |
| | | | | | Kimerli Rock - PSIO |
| | | | | | Jenny Xaykosy - PSIU |
| | | | | | Brooke Murray - PSIU |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.